# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Justin Paul Farnsworth, | Civil No. 09-333 (RHK/JJK) |
| Petitioner, | **ORDER** |
| v. | |
| John F. King, Warden, | |
| Respondent. | |

The Court's Order (Doc. No. 33) and Judgment (Doc. No. 34) are each **VACATED**.

Dated: June 14, 2010

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge